# LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

**MEMO ENDORSED**

March 31, 2023

**BY ECF**
Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Application Granted / ~~Denied~~
So Ordered.

_____
Cathy Seibel, U.S.D.J.

Dated: 4/3/23

Re:  **United States v. Freddy Nunez**
     **22 Cr. 356 (CS)**

Dear Judge Seibel:

    I am the attorney for Freddy Nunez, a defendant in the above-referenced matter, appointed pursuant to the Criminal Justice Act. I write requesting that the Court appoint an associate, Alex Huot, to assist me in this case, including preparing for trial and assisting in the trial of this defendant scheduled for April 17. Mr. Huot recently assisted me in preparing for and conducting a trial before the Honorable Nelson Roman. He has also assisted Attorney Bobbi Sternheim and other CJA attorneys for many years since graduating from law school in 2012.

    I am seeking authorization for Mr. Huot to work up to 100 hours on this matter. If approved, Mr. Huot will work under my direction. Efforts will obviously be undertaken to not duplicate any efforts although I believe it is important and necessary for me to adequately conduct the trial for Mr. Huot to appear with me at the trial. At the conclusion of this case, he will submit a voucher subject to Court approval. I am asking that Mr. Huot be approved at a rate of $125/hour, which according to Alan Nelson, the Circuit Case Budgeting Attorney, is a rate typical for associates with more than 8 years of experience.

    If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

    Thank you for your consideration in this matter.

Respectfully submitted,

Kerry A. Lawrence

cc: All counsel (via ecf and email)