

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*Suite 1100*
*White Plains, New York 10606*

July 28, 2023

The original indictment is dismissed on the Government's motion.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

7/27/23

**BY ECF & E-Mail**

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Freddy Marine Nunez, a/k/a "Felix," a/k/a "Felix Marine"*
22 Cr. 356 (CS)

Dear Judge Seibel:

The Government respectfully submits this letter motion on consent to dismiss the underlying, original indictment (the "Indictment") as to defendant Freddy Marine Nunez, a/k/a "Felix," a/k/a "Felix Marine" in the above-referenced case. As the Court is aware, on April 21, 2023, after a week-long trial, a jury returned a verdict of guilty on all counts against the defendant in a superseding indictment (the "Superseding Indictment") previously filed against the defendant. Yesterday, on July 27, 2023, the Court sentenced the defendant on the basis of that conviction on all counts in the Superseding Indictment. The Government, however, did not move at that time to dismiss the underlying Indictment as to the defendant. The Government now moves to do so. The defendant, by and through his counsel, Kerry Lawrence, Esq., consents to the Government's motion to dismiss the underlying Indictment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ____/s/_____
Kaiya Arroyo
Kevin Sullivan
Assistant United States Attorneys
(914) 993-1919 / (212) 637-1587

cc:   Kerry Lawrence, Esq. (by ECF & E-Mail)